Nos. 89 and 90. REPPLIER COAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1944. Petition for

writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Truman Henson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch, Joseph M. Jones,* and *Walter J. Cummings, Jr.* for respondent. *Messrs. F. G. Davidson, Jr., Theodore L. Harrison, J. Donald Rawlings,* and *W. A. Sutherland,* as *amici curiae,* filed a brief in support of the petition.